**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KABO TOOLS CO., et al., | |
| Plaintiff(s), | Case No. 2:12-cv-01859-LDG-NJK |
| vs. | ORDER DENYING MOTION TO COMPEL AND MOTION FOR A PROTECTIVE ORDER |
| PORAUTO INDUSTRIAL CO., LTD., et al., | (Docket Nos. 32, 34). |
| Defendant(s). | |

Pending before the Court is Defendants' motion for a protective order, arguing that they should not be required to comply with discovery requests until their motion for a stay of discovery is ruled upon. Docket No. 32. Also pending before the Court is Plaintiffs' motion to compel, arguing that Defendants should be required to comply with discovery requests during the pendency of the motion for a stay of discovery. Docket No. 34. As the Court has granted the motion for a stay in an order issued concurrently herewith, the motion for a protective order and the motion to compel are **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge