# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KABO TOOL COMPANY, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> PORAUTO INDUSTRIAL CO., LTD., *et al*., <br><br> Defendants. | Case No. 2:12-cv-01859-LDG (NJK) <br><br> **ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiffs' Motion for Leave to File Surreply to Defendants' Motion to Dismiss (#40), which document (and the Defendants' opposition thereto) the Court considered in Denying Defendants' Motion to Dismiss, is GRANTED.

THE COURT FURTHER **ORDERS** that Plaintiffs' Motion to Seal Declaration (#42) is GRANTED.

THE COURT FURTHER **ORDERS** that Defendants' Motion to Reconsider or Amend (#54) the Court's Order Denying Defendants' Motion to Dismiss is DENIED.

THE COURT FURTHER **ORDERS** that Defendants' Motion to Set Aside Clerk's Entry of Default (#59) is GRANTED; The Clerk of the Court shall strike the Entry of Default at Docket #58.

THE COURT FURTHER **ORDERS** that Defendants' Motion to Stay Proceedings Pending Appeal (#60) is DENIED.

THE COURT FURTHER **ORDERS** that Defendants' Objection (#72) to the Magistrate Judge's October 31, 2013, Order Denying Motion to Stay Discovery is DENIED.

DATED this __5__ day of March, 2014.

_____
Lloyd D. George
United States District Judge

2