UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KABO TOOL COMPANY, et al., )
                Plaintiff(s), )   Case No. 2:12-cv-01859-LDG-NJK
vs. )   ORDER
PORAUTO INDUSTRIAL CO., et al., )
                Defendant(s). )

       Pending before the Court is the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 82. As an initial matter, Defendants argue that discovery in this matter should be stayed. *See id.* at 2-3. The Court disagrees. United States District Judge Lloyd D. George has already denied Defendants' request to stay these proceedings while they seek review in the Federal Circuit of his order denying their motion to dismiss for lack of personal jurisdiction. *See* Docket No. 75. Nor have Defendants shown that a stay of discovery is proper while their most recent motion to stay is pending. *See* Docket No. 79.

       The parties also dispute the appropriate discovery cut-off, with Plaintiffs seeking an expedited discovery cut-off and Defendants requesting a discovery cut-off of 180 days. *See* Docket No. 82 at 3. The Court agrees with Defendants that a 180-day discovery period is appropriate.

//

//

//

The Court hereby **ORDERS** the parties to submit, no later than March 19, 2014, an amended discovery plan reflecting the Court's rulings above.

IT IS SO ORDERED.

DATED: March 14, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2