# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KABO TOOL COMPANY, *et al*.,

     Plaintiffs,

v.

PORAUTO INDUSTRIAL CO., LTD., *et al*.,

     Defendants.

Case No. 2:12-cv-01859-LDG (NJK)

**ORDER**

     For good cause shown,

     THE COURT **ORDERS** that Defendants' Emergency Motion to Stay (#79) is DENIED.

     DATED this _____ day of March, 2014.

_____
Lloyd D. George
United States District Judge