# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KABO TOOL COMPANY, et al., | Case No. 2:12-cv-01859-LDG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| PORAUTO INDUSTRIAL CO., et al., | |
| Defendant(s). | (Docket No. 97) |

Pending before the Court is Defendants' emergency motion for protective order. Docket No. 97. The Court hereby sets a hearing for that motion for June 20, 2014 at 2:00 p.m. in Courtroom 3B. Any counsel who wishes to appear telephonically at that hearing may do so by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: June 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge