**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KABO TOOLS CO., et al., | ) | |
| Plaintiff(s), | ) | Case No. 2:12-cv-01859-LDG-NJK |
| vs. | ) | ORDER SETTING HEARING |
| PORAUTO INDUSTRIAL CO., LTD., et al., | ) | |
| Defendant(s). | ) | |

On June 20, 2014, the Court ordered the parties to confer on an agreeable date to take the deposition of Mr. Hsu in Las Vegas, Nevada. *See* Docket No. 102. Now pending before the Court is a "status report" from Plaintiffs seeking an order compelling such deposition to occur no later than July 25, 2014, *see* Docket No. 104, as well as an "objection" to that status report from Defendants, *see* Docket No. 107. In short, the parties are seeking intervention from the Court for the (usually) simple task of setting a deposition date. "Obstructive refusal to make reasonable accommodation . . . not only impairs the civility of our profession and the pleasures of the practice of law, but also needlessly increases litigation expense to clients." *Janix, Inc. v. Wrhel*, 2012 WL 1657126, *3 (D. Nev. May 10, 2012) (quoting *Hauser v. Farrell*, 14 F.3d 1338, 1344 (9th Cir. 1994)). That is especially true in the discovery context, as "discovery is supposed to proceed with minimal involvement of the Court." *F.D.I.C. v. 26 Flamingo, LLC*, 2013 WL 3975006, *8 (D. Nev. Aug. 1, 2013) (quoting *F.D.I.C. v. Butcher*, 116 F.R.D. 196, 203 (E.D. Tenn. 1986)). "It is regrettable that counsel for the parties and/or the parties themselves have so much difficulty cooperating with discovery." *Id.* It is clear that the simple task of setting a deposition date should not require Court intervention in this

1 case.

2 Nonetheless, the Court hereby **SETS** a hearing on this matter for July 11, 2014, at 10:00 a.m. in Courtroom 3C, at which time the Court will set the deposition date for the parties.[1]  Any counsel who wishes to appear telephonically at that hearing may do so by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: July 10, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In light of this order setting a hearing, the minute order allowing a reply to be filed is hereby VACATED.  *See* Docket No. 106.  The Court will not accept any additional filings by either party with respect to this dispute.

The pending papers raise issues tangential to the central issue of the date of the scheduling of the deposition, such as costs for other depositions.  Such issues are not properly before the Court at this time, and the Court will not hear argument on any issue other than the date on which Mr. Hsu's deposition will be held.