**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Adam C. Anderson, Esq.
Nevada Bar No. 13062
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
bhardy@maclaw.com
aanderson@maclaw.com
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KABO TOOL COMPANY; CHIH-CHING HSIEN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PORAUTO INDUSTRIAL CO., LTD; ACCUAIRE CORP.; CHIH-HSIANG HSU,<br><br>                    Defendants. | Case No.:    2:12-cv-01859-LDG-NJK<br><br>**STIPULATION AND ORDER TO STAY** |

. . .

. . .

. . .

MAC:13033-001 2299375_4 8/18/2014 4:55 PM

**STIPULATION AND ORDER TO STAY**

Defendants, Porauto Industrial Co., Ltd., Accuaire Corp.; Chih-Hsiang Hsu (each a "Defendant" and collectively, "Defendants"), by and through their attorneys of record, and Plaintiffs, Kabo Tool Company and Chih-Ching Hsien (collectively, "Plaintiffs"), by and through their attorneys of record, hereby agree as follows:

1. On November, 17, 2011, JS Products, Inc. ("JSP") filed a Complaint for Declaratory Judgment for Patent Invalidity and Non-Infringement against Kabo Tool Company ("Kabo") in the United States District Court, District of Nevada, Case No. 2:11-cv-01856-RCJ-GWF entitled *JS Products, Inc. v. Kabo Tool Company, et al.* (the "JSP Action").

2. In response to JSP's Complaint, Kabo filed its Answer and Counterclaim for Patent Infringement, alleging that JSP infringed the U.S. Patent No. 7,066,057 (the "'057 Patent).

3. On October 30, 2012, Plaintiffs filed suit against Defendants in the instant case for Patent Infringement, alleging that Defendants infringed the '057 Patent.

4. On July 29, 2014 the court in the JSP Action issued an order deeming the '057 Patent invalid (the "JSP Order").

5. Kabo intends to appeal, among other things, the July 29, 2014 order invalidating the '057 Patent in the JSP Action to the United States Court of Appeals for the Federal Circuit.

Given the JSP Order and Kabo's intention to appeal in the JSP Action, the parties stipulate as follows:

1. That this matter be stayed until 30 days after the Federal Circuit issues an appellate order ruling on Kabo's appeal in the JSP Action.

2. The stay shall include all current deadlines, including all discovery deadlines.

3. Thirty (30) days after the Federal Circuit issues an appellate order ruling on Kabo's appeal in the JSP Action, the parties shall reconvene pursuant to LR-26-1 to prepare an updated Discovery Plan and Scheduling Order for the Court's approval.

4. The Parties agree that this stipulation and agreement to stay proceedings in this matter shall have no effect on Defendants' right to pursue additional appellate relief in

MAC:13033-001 2299375_4 8/18/2014 4:55 PM

1  connection with the Federal Circuit's denial of Defendants' Petition for Writ of Mandamus in
2  Case No. 2014-130.

3  Dated this 18th day of August, 2014.          Dated this 18th day of August, 2014.

4  **MARQUIS AURBACH COFFING**              **MCDONALD CARANO & WILSON, LLP**

6  By: /s/ Adam C. Anderson                     By: /s/ Jason N. Haycock
      Jack Chen Min Juan, Esq.                      Josephine Binetti McPeak, Esq
      Nevada Bar No. 6367                           Nevada Bar No.  7994
      Brian R. Hardy, Esq.                          2300 W. Sahara Avenue, Suite 1200
      Nevada Bar No. 10068                          Las Vegas, NV 89102
      Adam C. Anderson, Esq.                        K&L Gates, LLP
      Nevada Bar No. 13062                          Howard Chen (admitted pro hac vice)
      10001 Park Run Drive                          Harold H. Davis (admitted pro hac vice)
      Las Vegas, Nevada 89145                       Jas Dhillon (admitted pro hac vice)
      Attorneys for Defendants                      Roseanna Castillo (admitted pro hac vice)
                                                    Jason N. Haycock (admitted pro hac vice)
                                                    4 Embarcadero Center, Suite 1200
                                                    San Francisco, CA 94111
                                                    Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated this 20 day of August, 2014.

_____
U.S. DISTRICT COURT JUDGE
LLOYD D. GEORGE

MAC:13033-001 2299375_4 8/18/2014 4:55 PM