# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KABO TOOL COMPANY, *et al.*,

    Plaintiffs,

v.

PORAUTO INDUSTRIAL CO., LTD., *et al.*,

    Defendants.

Case No. 2:12-cv-01859-LDG (NJK)

**ORDER**

The defendants have filed a second motion to dismiss (#78). They assert, without any citation to authority, that it would have been premature to raise their first-to-file argument in their first motion to dismiss because the Court lacked personal jurisdiction. The argument is without merit. Accordingly,

THE COURT **ORDERS** that Defendants' Second Motion to Dismiss (#78) is DENIED.

DATED this 26 day of March, 2015.

_____
Lloyd D. George
United States District Judge